UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL CORREA CABRAL,

    Petitioner,

v.                                                                                        Case No.: 6:26-cv-425-GAP-LHP

LOUIS A. QUINONES, JR.,
GARRETT RIPA, SECRETARY
KRISTI NOEM, U.S. DEPARTMENT
OF HOMELAND SECURITY, U.S.
ATTORNEY GENERAL PAMELA
BONDI, and EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW,

    Respondents.
_____/

## ORDER

Upon consideration of the Writ of Habeas Corpus filed by Petitioner Daniel Correa Cabral ("Petitioner") (Doc. 1), and the Court's recent experience with similar cases where the Government has sought to relocate petitioners before the Court has an opportunity to rule on the merits (*see, e.g.*, *Nahadian Fard v. Bondi et al.*, No. 6:26-cv-157-GAP-RMN, Doc. 23 (M.D. Fla. Feb. 12, 2026)), it is **ORDERED** that:

1. Respondents and those in privity with them are hereby **TEMPORARILY RESTRAINED AND ENJOINED** from moving Petitioner Daniel Correa Cabral out of the Orange County Jail until further order of the Court. *See Garcia v. Quinones et al.*, No. 6:26-cv-181-GAP-DCI, Doc. 6 (M.D. Fla. Jan.

26, 2026).

2. Respondents shall **SHOW CAUSE** in writing by **noon on February 27, 2026** as to why the Court should not grant the Petition (Doc. 1).

3. The Clerk is directed to serve a copy of the Petition (Doc. 1) and this Order in the manner indicated to the parties noted below.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by email at irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com, OCCDRecords@ocfl.net, and Juanita.Beason@ocfl.net,

Kristi Noem, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.