# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DANIEL CORREA CABRAL,

Plaintiff,

v.

Case No.: 6:26-cv-00425-GAP-LHP

LOUIS A. QUINONESJR., GARRETT RIPA, SECRETARY KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, ATTORNEY GENERAL PAMELA BONDI, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Defendants,

## ORDER

The case is before the Court *sua sponte*. The Petition was filed on February 23, 2026. On March 4, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus (Doc. 20) and Judgment was entered (Doc. 24) on March 5, 2026. The Government initially appealed the Judgment (Doc. 27) which was later dismissed on June 29, 2026 (Doc. 32). There has been no further activity in the case. It is therefore **ORDERED** that the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party